**FILED**

AUG 1 1 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Rosendo Garcia-Garcia,<br><br>Defendants. | Case No. 3-16-MJ-71014 (JCS)<br><br>Charging District: Minnesota<br>Charging District's Case No.: CR16-213 (2) PJS/TNL |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place:<br>Warren E. Burger Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101 | Courtroom No.: 6B |
|---|---|
| | Date and Time: August 22, 2016 at 10:00 AM<br>Magistrate Judge Hildy Bowbeer |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: August 11, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge